IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARTER JESNESS, a single man,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY LYLE BRIDGES,<br><br>    Defendants. | No.   2:18-cv-1225<br><br>COMPLAINT FOR DAMAGES |

COMES NOW Plaintiff CARTER JESNESS, and for causes of action against Defendant, pleads and alleges as follows:

### I.   PARTIES AND JURISDICTION

**1.1**   Plaintiff CARTER JESNESS is a single man whose date of birth is redacted At all times material hereto, plaintiff was a minor and resided in Boulder, Colorado.

**1.2**   Defendant GREGORY BRIDGES is a single man and at all times material hereto, resided in Seattle, King County, State of Washington,

**1.3**   Jurisdiction of this court is pursuant to 18 U.S.C.A. §2255 and 18 U.S.C.A. § 2423(b).

COMPLAINT - 1

## II.  FACTS

Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1.1 through 1.3.

2.1 Between December 1, 2012 and June 1, 2015 Defendant resided in Seattle, Washington. During this time by use of interstate commerce via cellular phone and the internet he groomed, persuaded, induced and enticed Plaintiff, who was under the age of 18, to engage in sexual activity.

2.2 On or about April 5, 2013, Defendant traveled from Seattle to Colorado for the purposes of engaging in and did engage in illicit sexual conduct with Plaintiff which constitutes travel with intent to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(b).

2.3 On or about April 26, 2013, Defendant traveled from Seattle to Colorado for the purposes of engaging in and did engage in illicit sexual conduct with Plaintiff which constitutes travel with intent to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(b).

2.4 On November 18, 2015 Defendant was charged in the U.S.District Court for the Western District of Washington by counts 3 and 4 of a superceding indictment in Cause No. CR15-181MJP with two counts of Travel with Intent to Engage in a Sexual Act with a Minor, in violation of 18 U.S.C. § 2423(b) for the acts alleged in ¶¶ 2.2-2.3 above.

2.5 On June 15, 2016 Defendant entered pleas of guilty to Counts 3 and 4 pertaining to Plaintiff, as well as to Count 1 relating to possession of child pornography.

2.6 On September 1, 2016 a judgment was entered by Hon. Marsha Pechman and Defendant was sentenced on counts 1,3 and 4.

### III. LIABILITY AND STATUTORY CAUSE OF ACTION

Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1.1 through 2.6, above.

3.1     Pursuant to 18 U.S.C 2255 (a) any person who, while a minor, was a victim of a violation of 18 U.S.C 2423, may sue in any appropriate United States District Court and shall recover the actual damages such person sustains and the cost of the suit, including a reasonable attorney's fee.

3.2     Plaintiff Carter Jesness was a victim and Defendant Bridges the perpetrator of violations of 18 U.S.C 2423 (b). Defendant Bridges was charged with two counts of said violations, pleaded guilty to those charges and was sentenced as set out above.

3.3     Pursuant to the plain language of 18 U.S.C 2255 (a), Defendant is liable to plaintiff for the damages caused to plaintiff by the Defendant's commission of these crimes against him.

### IV. DAMAGES

Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1.1 through 3.3 above.

4.1     As a direct and proximate result of the criminal conduct set out above plaintiff suffered past, present and and future harm.

4.2     Plaitiff seeks damages for:

    A.     Pain and suffering, physical and emotinal, past and future.

    B.     Lost earnings past and future

    C.     Lost earning capacity

    D.     Reasonable medical expenses past and future

      E.      Loss of enjoyment of life, past and future

      F.      Costs of this litigation

      G.      Reasonable attorney fees

## V.  PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against the defendant for damages as set forth in paragraphs 4A-G above, in an amount to be proved and in any event no less than $150,000 as set forth in 18 U.S.C.A. § 2255 (a).

DATED this 20th day of August, 2018.

LEEMON + ROYER. PLLC

_____
Mark Leemon, WSBA #5005

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system.  Notice of this filing will be sent electronically to counsel of record for other parties.

/s/ Mark Leemon WSBA #5005
EMAIL:  Leemon@leeroylaw.com