**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CARTER JESNESS, a single man,<br><br>　　Plaintiff,<br>v.<br><br>GREGORY LYLE BRIDGES,<br><br>　　Defendant. | NO. C18-1225 RSM<br><br>ORDER EXTENDING PRETRIAL DEADLINES |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Pretrial Deadlines, and the Court having reviewed the pleadings and records herein, and having been fully informed on the premises and finding good cause,

NOW, THEREFORE, the Court ORDERS extension of the time limits in the Court's initial scheduling order as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| FRCP 26f conference | 9/25/2018 | 12/27/18 |
| Initial disclosures | 10/2/18 | 1/3/19 |
| Joint status report | 10/9/18 | 1/10/19 |

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

DATED this 4th day of October 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL DEADLINES
Page 2.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462