IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CARTER JESNESS, a single man,

    Plaintiff,

v.

GREGORY LYLE BRIDGES,

    Defendants.

No. C18-1225 RSM
(CR15-0181 MJP-001)

STIPULATION AND AGREED ORDER

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that:**

1. The defendant in this case was charged with and convicted in this Court under Cause No.: 2: 15CR00181MJP-001with two counts of violation of 18 U.S.C. § 2423(b). The victim alleged in those counts is the Plaintiff in this case.

2. That case was extensively investigated by Federal authorities leading to the indictment of defendant, resulting, it is believed, in substantial investigative reports, documentary evidence and witness statements, including the statement of plaintiff herein.

3. The discovery material produced in the federal criminal case is obviously relevant

STIPULATION AND AGREED ORDER
- 1

**Leemon**
**+ Royer**
PLLC

403 Columbia St. Ste. 500 Seattle, WA 98104
*Phone* 206 269-1100  *Fax* 206 269-7424

to this matter, as the complaint herein alleges violation of the same federal criminal statitutes.

4. Discovery in the criminal case was produced by the government to Mr. Bridges' defense counsel, Page Pate.

5. Counsel for Defendant herein contacted Mr. Pate by email seeking a copy of the discovery material on behalf of Mr. Bridges, Defendant in both actions.

6. Mr. Pate responded by email, "Thank you for your email. Unfortunately, I can't produce discovery materials produced to me in a criminal case without a court order. The local rules restrict the dissemination of this information to the government and counsel, especially in a case where the discovery involves sexual abuse allegations by minors. I'm happy to comply if you get a court order, but I otherwise can't send you those materials."

7. The parties to the above captioned civil action hereby stipulate that the discovery materials produced to Defendant in the above-captioned criminal case are relevant to the above-captioned civil case and are discoverable within the meaning of FRCP 26.

8. The undersigned counsel for the parties to the above-captioned civil action hereby agree that production to them of the discovery materials provided to defense counsel in the above-captioned criminal case will facilitate preparation of the above-captioned civil case.

DATED this ____ day of January, 2019, at Seattle, Washington.

STIPULATION AND AGREED ORDER
- 2

Leemon + Royer PLLC   403 Columbia St. Ste. 500 Seattle, WA 98104   Phone 206 269-1100   Fax 206 269-7424

LEEMON + ROYER. PLLC

By: /s/ Mark Leemon
Mark Leemon, WSBA #5005
Attorney for Plaintiff

THE MARSHALL DEFENSE FIRM

By: /s/ David S. Marshall
David S. Marshall, WSBA#11716
Attorney for Defendant

ORDER

BASED ON THE STIPULATION ABOVE IT IS HEREBY ORDERED that Page Pate, counsel for the defendant in the above-captioned criminal case, is authorized to produce to Mark Leemon and David Marshall, counsel for the parties in the above-captioned civil case, discovery materials provided by the Government to Mr. Pate in the above-captioned criminal case.

DATED this 24th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

LEEMON + ROYER, PLLC

By s/Mark Leemon,
Mark Leemon, WSBA No. 5005
Attorneys for Plaintiffs

THE MARSHALL DEFENSE FIRM


By: /s/ David S. Marshall
David S. Marshall, WSBA#11716
Attorney for Defendant

STIPULATION AND AGREED ORDER - 4