**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CARTER JESNESS, a single man,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY LYLE BRIDGES,<br><br>    Defendant. | NO. 18-cv-01225-RSM<br><br>ORDER ALLOWING WITHDRAWAL OF DAVID S. MARSHALL AS ATTORNEY FOR DEFENDANT |

## I.  ORDER

The Court finds good cause to allow David S. Marshall to withdraw as attorney for Defendant.

Accordingly, IT IS SO ORDERED.

SIGNED this 8 day of July 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

THE MARSHALL DEFENSE FIRM

_____
DAVID S. MARSHALL, WSBA No. 11716
of Attorneys for Defendant

ORDER ALLOWING WITHDRAWAL OF DAVID S.
MARSHALL AS ATTORNEY FOR DEFENDANT
Page 1.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206) 826-1400
Fax (206) 826-1462