UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARTER JESNESS, a single man,<br><br>               Plaintiff,<br><br>   v.<br><br>GREGORY LYLE BRIDGES,<br><br>               Defendant. | CASE NO. C18-1225RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

On Friday, November 22, 2019, the Court received an email from Plaintiff's counsel indicating that he will be seeking an alternative to proceeding with trial on December 2, 2019. Given that the Court has received no pre-trial filings from either party, the Court now STRIKES the trial date.

///

///

///

MINUTE ORDER - 1

The Court requests a status update from both parties in order to set a new trial date. The parties may file this on the docket, separately or jointly, **no later than December 13, 2019**.

The Court directs the Clerk to mail a copy of this Minute Order to Defendant Bridges.

DATED this 25th day of November, 2019.

                        WILLIAM M. McCOOL
                        Clerk of Court

                    By   *Laurie Cuaresma,* Deputy Clerk