# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARTER JESNESS, a single man, | Case No. C18-1225RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GREGORY LYLE BRIDGES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: On Friday, November 22, 2019, the Court received an email from Plaintiff's counsel indicating that he will be seeking an alternative to proceeding with trial on December 2, 2019. Given that the Court received no pre-trial filings from either party, the Court struck the trial date by minute order and requested a status update from both parties, filed separately or jointly, "no later than December 13, 2019." Dkt. #32 at 2.

On December 6, 2019, Plaintiff's counsel Mark Leemon filed a Notice of Unavailability stating, in full, "YOU, AND EACH OF YOU, will please take notice that, the undersigned counsel for the plaintiff will be unavailable from the dates of December 6th – December 24, 2019." Dkt. #33. This notice did not provide any further explanation.

MINUTE ORDER - 1

Neither party filed a status update on or before December 13, 2019.

A Notice of Unavailability does not relieve a party or their counsel of complying with prior deadlines set by the Court. As it stands, the Court has not been apprised of the status of this case and it appears that Plaintiff has failed to prosecute his case and failed to comply with the Court's Order without good cause. Accordingly, the Court now DIRECTS Plaintiff to file a status update no later than **noon on December 27, 2019**. Failure to file this status update may result in dismissal of this case for failure to prosecute.

DATED this 16 day of December 2019.

                                      WILLIAM McCOOL, Clerk

                                      By:    /s/ Paula McNabb
                                                Deputy Clerk