UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARTER JESNESS,

    Plaintiff,

v.

GREGORY LYLE BRIDGES,

    Defendant.

Case No. C18-1225 RSM

ORDER GRANTING SECOND MOTION TO WAIVE JURY TRIAL

This matter comes before the Court on Plaintiff's Second Motion to Waive Jury Trial. Dkt. #38. The Court has also received a declaration from Defendant Gregory Bridges explaining why he originally sought a jury trial and his subsequent decision to "waive jury trial and request the Court to proceed to bench trial." Dkt. #39.

"When a party properly files a jury demand under the requirements of Rule 38(b), he has satisfied all that is required by the Rules to avoid waiver, and his jury demand 'may not be withdrawn without the consent of the parties.'" *Solis v. Los Angeles*, 514 F.3d 946, 955 (9th Cir. 2008) (quoting Fed. R. Civ. P. 38(d)).

The Court finds the parties have now consented to waive jury trial and that there is good cause to proceed with a bench trial. Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion (Dkt. #38) is

ORDER GRANTING SECOND MOTION TO WAIVE JURY TRIAL - 1

| | |
|---|---|
| 1 | GRANTED. The Court will set this case for a bench trial to begin on March 30, 2020. A revised scheduling order will follow. |
| 2 | |
| 3 | DATED this 7th day of February 2020. |

                                                  _____
                                                  RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND MOTION TO WAIVE JURY TRIAL - 2