UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARTER JESNESS,

      Plaintiff,

    v.

GREGORY LYLE BRIDGES,

      Defendant.

Case No. C18-1225RSM

ORDER DENYING MOTION TO REOPEN DISCOVERY

This matter comes before the Court on Plaintiff's "Motion to Extend Pretrial Deadlines." Dkt. #46. Plaintiff states that he moves for "an extension of all pretrial deadlines previously provided in this matter," but requests the following changes to the scheduling order:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Disclosure of expert testimony | 11/18/2020 | 2/18/21 |
| Discovery Motion deadline | 12/18/20 | 3/18/21 |
| Discovery cutoff | 1/19/21 | 4/19/21 |

Dkt. #46 at 1–2. The reasons for this request are presented in two sentences only: "Trial in this matter was continued to May 17, 2021 (Dkt. 44) and Order Setting Trial Dates was served on the parties (Dkt. 45). The trial of this matter will be on general damages only, and it is in the

ORDER DENYING MOTION TO REOPEN DISCOVERY - 1

interests of justice to have any expert evaluations close rin [sic] time to the trial date." *Id*. at 1. Defendant has not filed a timely response.

Discovery has already closed. *See* Dkt. #20. So has the deadline to disclose experts. *Id.* The only remaining deadlines in this case are for motions in limine and other pretrial materials. *See* Dkt. #45.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

The Court finds that Plaintiffs have failed to demonstrate good cause to modify the requested deadlines. It is true that having expert evaluations closer to trial would be helpful for the trier of fact. However, it is unclear to the Court whether Plaintiff is simply seeking permission to supplement discovery or expert reports, or whether Plaintiff is seeking to introduce an undisclosed expert after the close of discovery. Rather than guess at what is being requested and on what basis, the Court will simply deny this Motion at this time.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Extend Pretrial Deadlines, Dkt. #46 is DENIED.

DATED this 4th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE